FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2018 AUG 28 AM 11: 16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 485 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| TAMMY K. LACQUA, | ) | <u>MOTION TO SEAL INDICTMENT</u> |
| | ) | |
| Defendant. | | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Brian McDonough Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): Risk of flight.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district.  See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                                                    Respectfully submitted,

                                                    JUSTIN E. HERDMAN
                                                    United States Attorney

By:    /s/ Brian McDonough
                                                    Brian McDonough (OH: 0072954)
                                                    Assistant United States Attorney
                                                    United States Court House
                                                    801 West Superior Avenue, Suite 400
                                                    Cleveland, OH 44113
                                                    (216) 622-3965
                                                    (216) 522-2403 (facsimile)
                                                    Brian.McDonough@usdoj.gov